```
QUIN DENVIR, Bar #049374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANGEL ENRIQUE MUNOZ-COSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANGEL ENRIQUE MUNOZ-COSS,<br><br>　　　　　Defendant. | ) No. 1:04-cr-5149 REC<br>) No. 1:05-cr-0018 REC<br>)<br>) THIRD STIPULATION TO CONTINUE<br>) STATUS CONFERENCE AND ORDER<br>) THEREON<br>)<br>) Date:　May 23, 2005<br>) Time:　9:00 a.m.<br>) Judge: Hon. Robert E. Coyle<br>) |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID A. GAPPA, Assistant United States Attorney, Counsel for Plaintiff, and  ERIC V. KERSTEN, Assistant Federal Defender, Counsel for Defendant Angel Enrique Munoz-Coss, that the status conference in these matters now scheduled for May 16, 2005, may be continued to May 23, 2005, at 9:00 a.m. **The date previously set for status conference is May 16, 2005.  The requested new date is May 23, 2005, at 9:00 a.m.**

　　　This continuance is requested for the reason that the two cases are related and 1:04-cr-5149 REC has been admitted, while 1:05-cr-0018 REC has not yet been resolved.  The parties have reached a tentative agreement in these matters; however, an additional week is needed for preparation, review and signing of the written plea agreement.

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
|   | <u>AUSA Gappa has approved of his</u><br><u>electronic signature being placed here</u> |
| DATED: May 12, 2005 | By  /s/ David A. Gappa<br>DAVID A. GAPPA |
|   | QUIN DENVIR<br>Federal Public Defender |
| DATED: May 12, 2005 | By  /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Angel Enrique Munoz-Coss |

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May  12 , 2005

/s/ ROBERT E. COYLE
ROBERT E. COYLE, Judge
United States District Court
Eastern District of California